UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

GLEN ERIC BROOKS,

    Plaintiff,

v.                                        Case No. 6:17-cv-525-Orl-37DCI

CITY OF APOPKA, FLORIDA,

    Defendant.
_____

### ORDER

Plaintiff initiated this action alleging, *inter alia*, that Defendant has defamed him. (*See* Doc. 1, ¶¶ 31–36 ("**Defamation Claim**").) Thereafter, Defendant moved for dismissal of the Defamation Claim (Doc. 15 ("**MTD**")) on May 1, 2017. To date, Plaintiff has not responded to the MTD. Local Rule 3.01(b) requires that a "party opposing a motion . . . file within fourteen (14) days after service of the motion . . . a response that includes a memorandum of legal authority in opposition to the request, all of which the respondent shall include in a document not more than twenty (20) pages." Absent a response, the Court considers the MTD to be unopposed and finds that it is due to be granted.

Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1. Defendant's Motion to Dismiss Count III of Plaintiff's Complaint (Doc. 15) is **GRANTED**.

2. The Defamation Claim set forth in Count III (Doc. 1, ¶¶ 31–36) is **DISMISSED without prejudice**.

**DONE AND ORDERED** in Chambers in Orlando, Florida, on May 16, 2017.

ROY B. DALTON JR.
United States District Judge

Copies to:
Counsel of Record